## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 408 MAL 2015

:

Respondent   :

:

:   Petition for Allowance of Appeal from

:   the Order of the Superior Court

v.   :

:

:

:

LESTER C. BUCHER, SR.,   :

:

Petitioner   :

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of September, 2015, the Petition for Allowance of Appeal and Appointment of Counsel are **DENIED**.